UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

MORGAN PRESNELL, TDOC#210482    )
                                )
v.                              )        NO. 2:07-CV-211
                                )
PAT HOLLYFIELD (Head Nurse),    )
BRENDA DOWNES (Major of Facility),  )
DEBRA CLOYD (Mental Health      )
Therapist), and BRUCE FILLERS (Nurse)  )

## MEMORANDUM

This *pro se* state prisoner's civil rights case for injunctive relief under 42 U.S.C. § 1983 is before the Court upon plaintiff's notice of an address change to the Carter County jail. [Doc. 4]. At issue in this lawsuit are plaintiff's allegations that he was subjected to unconstitutional conditions in the Washington County Detention Center [WCDC], where he was formerly housed. Since plaintiff is not imprisoned in the WCDC and since, obviously, he is no longer exposed to the purported wrongful conditions therein, all issues concerning injunctive relief with respect to those conditions have become moot by virtue of his transfer to another facility. *Kensu v. Haigh*, 87 F.3d 172, 175 (6th Cir.1996). Finally, since this action only sought injunctive relief and since those claims have become moot, the case will be **DISMISSED** as moot by a separate order.

ENTER:

_____
                                        s/ Leon Jordan
                                    United States District Judge