UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

MORGAN PRESNELL, TDOC#210482 )
)
v. ) NO. 2:07-CV-211
)
PAT HOLLYFIELD (Head Nurse), )
BRENDA DOWNES (Major of Facility), )
DEBRA CLOYD (Mental Health )
Therapist), and BRUCE FILLERS (Nurse) )

## ORDER of JUDGMENT

In accordance with the accompanying memorandum, this *pro se* prisoner's civil rights action under 42 U.S.C. § 1983 is **DISMISSED** as **MOOT**. Should plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis* because, for reasons discussed in the memorandum, any appeal from this order would not be taken in good faith and would be frivolous. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED**.

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
 s/ *Patricia L. McNutt*
 CLERK OF COURT